# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL MCCANN and ERIN MCCANN, o/b/o J.M., a minor,<br>　　　Plaintiffs,<br>v.<br><br>YORK SCHOOL DEPARTMENT et. al.<br>　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 2:18-cv-00336-JDL<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to terms of the Court's August 8, 2019 Order approving the settlement for minor Plaintiff J.M., the parties hereby stipulate to the voluntarily dismissal of the Complaint with prejudice.

　　**Dated**: September 5, 2019　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| */s/ Stephen A. Bell*<br>Stephen A. Bell<br>sbell@dougden.com<br>Douglas Denham<br>P.O. Box 7108<br>Portland ME 04112-7108<br>(207) 899-4320<br><br>*Counsel for Timothy/Julie McCann* | */s/ James A. Clifford*<br>James A. Clifford<br>james@cliffordclifford.com<br>CLIFFORD & CLIFFORD, LLC<br>62 Portland Rd., Suite 37<br>Kennebunk, ME 04043<br>(207) 985-3200<br><br>*Counsel for Plaintiffs* |
| */s/ Melissa A. Hewey*<br>Melissa A. Hewey<br>mhewey@dwmlaw.com<br>Drummond Woodsum<br>84 Marginal Way<br>Portland ME 04101<br>(207) 772-1941<br><br>*Counsel for York School Department* | */s/ Kenneth D. Pierce*<br>Kenneth D. Pierce<br>kpierce@MLeahy.com<br>Monaghan Leahy<br>95 Exchange St., PO Box 704<br>Portland, ME 04112-7046<br>(207) 774-3906<br><br>*Counsel for Minor Defendant D.M.* |

## Certificate of Service

    I, James A. Clifford, counsel for Plaintiffs Michael and Erin McCann, individually and on behalf of their minor son, J.M., hereby certify that on September 5, 2019, I caused the foregoing *Stipulation of Dismissal* to be served by email upon all counsel of record.

                                    */s/ James A. Clifford*
                                    James A. Clifford